No. 730. HENRY G. THOMAS, PETITIONER, *v.* FLORENCE HUNT DE WINTER ET AL. January 31, 1910. Petition for a writ of certiorari to the Court of Appeals of the District of

Columbia denied. *Mr. Conrad H. Syme* and *Mr. James W. Beller* for petitioner. *Mr. P. H. Marshall* for respondents.